JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO BARBA, JR.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANK FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, PML LENDER SERVICES, FEDERAL NATIONAL MORTGAGE ASSOCIATION its assignees and/or successors, FLAGSTAR BANK FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, PLM LENDER SERVICES, FEDERAL NATIONAL MORTGAGE ASSOCIATION unknown business entities and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.CV10-08023-VBF (VBKx)<br><br>JUDGMENT |

The Court, the Honorable Valerie Baker Fairbank, District Judge, presiding, having ordered that the Plaintiff's Complaint be dismissed without leave to amend,

IT IS ORDERED AND ADJUDGED that Judgment shall enter in favor of Defendants Federal National Mortgage Association and Mortgage Electronic Registration Systems and against Plaintiff Faustino Barba, Jr.  Defendants shall be

CV10-08023-VBF (VBKx)

-1-
Judgment of Dismissal

1  permitted to recover their costs of suit pursuant to a bill of costs filed in accordance with
2  28 U.S.C. § 1920.

4  Dated: August 8, 2011

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

CV10-08023-VBF (VBKx)

-2-
Judgment of Dismissal

# **PROOF OF SERVICE BY MAIL (C.C.P. 1013a, 2015.5)**

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I, Dawn Gentry, declare as follows:

I am employed in Los Angeles County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 920 S. Village Oaks Drive, Covina, California.

On August 2, 2011, I served the following:

JUDGMENT OF DISMISSAL

on the interested parties in said action by first class mail, postage prepaid, addressed as follows:

Faustino Barba, Jr.
2248 ½ Whittier Blvd.
Los Angeles, CA 90023

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Covina, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit/declaration.  I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. Executed on August 2, 2011, at Covina, California.

_____
Dawn Gentry

Law Offices
**ROBERT E. WEISS INCORPORATED**
920 VILLAGE OAKS DRIVE
COVINA, CA 91724
TELEPHONE (626) 967-4302 – FAX (626) 967-9216

CV10-08023-VBF (VBKx)